CHARLES FRITZ, Appellant, *v.* JULIUS KRASNE et al., Respondents, Impleaded with Another.

Argued March 18, 1937; decided April 20, 1937.

*Chester A. Hahn, Sylvia Miller* and *Harry Miller* for appellant.

*F. A. W. Ireland* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.